# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KERINS,<br>Plaintiff,<br>v.<br>DEPARTMENT OF STATE HOSPITALS – COALINGA, *et al.*,<br>Defendants. | Case No. 1:26-cv-06296-BAM (PC)<br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE $405.00 FILING FEE<br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Brian Kerins ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff initiated this action on August 10, 2026, along with an application to proceed without payment of the filing fee. (ECF Nos. 1, 2.) Plaintiff's application does not contain all the information necessary for the Court to determine whether Plaintiff is entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the attached application to proceed *in forma pauperis* for a **non-prisoner**;
2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the

completed and signed application to proceed *in forma pauperis* for a **non-prisoner**, or in the alternative, pay the $405.00 filing fee for this action; and

3. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 13, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE